No. 3,821.—STATE ex rel. JOS. E. THORPE, RELATOR, *v.*
JOHN W. TATTAN, JUDGE, RESPONDENT.

Original application for writ of supervisory control directed
to John W. Tattan, as Judge of the Twelfth Judicial District.

Decided November 14, 1916.

PER CURIAM.—The order to show cause herein having come
on for hearing, and the respective parties having failed to
appear, the court ordered the application submitted. There-
upon the same was this day, after consideration, ordered dis-
missed at the cost of the relator.

*Mr. H. S. McGinley,* for Relator.